UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOAN MCINTOSH                                                                                    PLAINTIFF

VS.                                                                           CASE NO. 4:06CV122TSL-LRA

BLUEBONNET LIFE INSURANCE COMPANY                                            DEFENDANT

AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the agreement of the parties, Joan McIntosh's claims against Bluebonnet Life Insurance Company are dismissed with prejudice with each party to pay her/its own costs.

**SO ORDERED** this the 23rd day of April, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE


Approved by:


/s/Charles E. Lawrence
Charles E. Lawrence, Bar No. 1105
Attorney at Law
P. O. Box 1624
Hattiesburg, MS  39403-1624
Telephone:  (601) 582-4157
Facsimile:  (601) 582-4140

Attorney for the Plaintiff

/s/ Cheri D. Green
Cheri D. Green, Bar No. 4988
Brunini, Grantham, Grower & Hewes, PLLC
1400 Trustmark Building
Post Office Drawer 119
Jackson, Mississippi  39205
Telephone:  (601) 948-3101
Facsimile:  (601) 960-6902

Attorney for Defendant