**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOAN MCINTOSH**                                                            **PLAINTIFF**

**VS.**                                                            **CASE NO. 4:06CV122TSL-LRA**

**BLUEBONNET LIFE INSURANCE COMPANY**                              **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the order entered in this cause on this date, it is hereby ordered and adjudged that this case is dismissed with prejudice.

**SO ORDERED** this the 23 day of   April,  2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE